## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Uship Intellectual Properties, LLC,    :
      :
      Plaintiff,    :
      :      Civil Action No.
v.    :
      :
Pitney Bowes Inc.,    :
      :
    and    :
      :
NCR Corporation,    :
      :
      Defendants.    :

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Uship Intellectual Properties, LLC, states that it does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.


Dated: August 13, 2008

          Respectfully submitted,

          LIGUORI, MORRIS & YIENGST

          JAMES E. LIGUORI, ESQUIRE
          46 The Green
          Dover, DE  19901
          (302) 678-9900
          Bar ID 415
          jliguori@lmylaw.com
          Attorney for Plaintiff


          COOPER & KIRK, PLLC
          Charles J. Cooper

Vincent J. Colatriano
Howard Nielson
Michael Weitzner
1523 New Hampshire Avenue, N.W.
Washington, D.C.  20036
(202) 220-9600
Attorneys for Plaintiff