# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Uship Intellectual Properties, LLC,          )
                                             )
                    Plaintiff,               )
                                             )
          v.                                 )          Civil Action No. 08-515
                                             )
Pitney Bowes Inc.,                           )
                                             )
          and                                )
                                             )
NCR Corporation,                             )
                                             )
                    Defendants.              )

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael Weitzner to represent Uship Intellectual Properties, LLC in this matter.

Signed: _____
JAMES E. LIGUORI, ESQ.
Liguori, Morris & Yiengst
46 The Green
Dover, DE 19901
(302) 678-9900
Bar ID 415
Attorney for Plaintiff

Date: 8/25/08

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____        _____
                          United States District Judge

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Uship Intellectual Properties, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-515 |
| | ) | |
| Pitney Bowes, Inc., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NCR Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Date: 8/19/08          Signed: _____

MICHAEL WEITZNER, ESQ.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 220-9600
Attorney for Plaintiff